CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 22 2008

JOHN F. CORCORAN, CLERK
BY:
       /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **CHARLES DEMONT ROBINSON,**<br>　　Petitioner, | **Civil Action No. 7:08-cv-00397** |
| v. | **DISMISSAL ORDER** |
| **BRYAN WATSON,**<br>　　Respondent. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion entered this day, it is now

**ORDERED**

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED** without prejudice as successive. Any pending motions are **DENIED as MOOT**, and the matter is **STRICKEN** from the active docket of the court.

　The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the petitioner.

　ENTER: This __22d__ day of July, 2008.

　　　　　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　　　　United States District Judge